```
                              United States Bankruptcy Court
                                   District of Colorado
In re:                                                             Case No. 12-22722-MER
Leonid Shifrin                                                     Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 1082-1          User: nelighb                 Page 1 of 3                  Date Rcvd: Jun 18, 2012
                              Form ID: 769                  Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2012.
db           +Leonid Shifrin,    49 Sunset Drive,    Englewood, CO 80113-4030
14456106   ++++ANDREW P MCCALLIN,    FIRST ASSISTANT ATTORNEY GENERAL,     1525 SHERMAN ST STE 700,
               DENVER CO 80203-1700
              (address filed with court: Andrew P McCallin,     First Assistant Attorney General,
               1525 Sherman Street Floor 7,    Denver, CO 80203)
14456104     +Advanced Ear Nose And Throat P,    7400 E Crestline Circle,    Greenwood Village, CO 80111-3656
14456105     +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7684
14456107     +Asset Management Professionals LLC,     PO Box 2824,   Woodstock, GA 30188-1386
14456108     +BC Services,    PO Box 370107,   Denver, CO 80237-0107
14456109    ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,   DUBLIN OH 43016-0306
              (address filed with court: Bmw Financial Services,     5515 Parkcenter Cir,    Dublin, OH 43017)
14456110     +BMW Financial Services,    Attn: Bankruptcy Deptartment,     5550 Britton Pkwy,
               Hilliard, OH 43026-7456
14456111     +Brclysbankde,    125 S West St,   Wilmington, DE 19801-5014
14456112     +Budget Control Svcs In,    2950 S Jamaica Ct Ste 20,    Aurora, CO 80014-2685
14456119   ++++COLORADO ATTORNEY GENERAL,    1525 SHERMAN ST STE 700,     DENVER CO 80203-1700
              (address filed with court: Colorado Attorney General,     1525 Sherman St 504,    Denver, CO 80203)
14456114     +Cap One,    Po Box 5253,   Carol Stream, IL 60197-5253
14456117     +Collection Agent,    PO Box 8061,   Mason, OH 45040-8061
14456118     +Collection Center, Inc,    PO Box 4000,    Rawlins, WY 82301-0479
14456121     +Comprehensive Ent,    6179 S Balsom Way,    Littleton, CO 80123-3092
14456123     +District Court,    Arapahoe County Court,    7325 S Potomac Street,    Centennial, CO 80112-4030
14456124     +District Court, City And County Of,     Denver, Colorado,    1437 Bannock St,
               Denver, CO 80202-5337
14456127     +EOS CCA,   PO Box 556,    Norwell, MA 02061-0556
14456126     +EOS CCA,   7900 E Union Ave Floor 3,     Denver, CO 80237-2735
14456128     +Eos Cca,   700 Longwater Dr,    Norwell, MA 02061-1624
14456132    #+Franke Greenhouse List & Lippitt LLP,     Bethany A Johnson,    1228 15th Street,
               Denver, CO 80202-1600
14456131    #+Franke Greenhouse List & Lippitt LLP,     Granite Building, Second Floor,    1228 15th Street,
               Denver, CO 80202-1600
14456139     +Incorp Services,    2360 Corporate Circle 400,    Henderson, NV 89074-7739
14456141   ++++JOHN SUTHERS, ATTORNEY GENERAL,    1525 SHERMAN ST STE 700,    DENVER CO 80203-1700
              (address filed with court: John Suthers, Attorney General,     1525 Sherman Street, 7th Floor,
               Denver, CO 80203)
14456143     +Mohela/dept Of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14456145     +NCO Financial Systems Inc,    4740 Baxter Road,    Virginia Beach, VA 23462-4484
14456146     +NCO Financial Systems Inc,    5 Penn Center West Ste 100,    Pittsburgh, PA 15276-0126
14456147     +NCTUE,   PO Box 105161,    Atlanta, GA 30348-5161
14456144     +National Jewish Health,    PO Box 17379,    Denver, CO 80217-0379
14456148     +Office Of Education,    Student Loan Program,    50 United Nations Plz,
               San Francisco, CA 94102-4912
14456149     +Peridot Properties III, L.L.C.,    4643 South Ulster Street Suite 900,     Denver, CO 80237-2866
14456151     +Professional Collection,    1401 Riverside,    Fort Collins, CO 80524-4376
14456152     +Qilly Shifrin,    49 Sunset Drive,    Denver, CO 80113-4030
14456156     +SRA Associates, Inc,    401 Minnetonka Rd,    Hi Nella, NJ 08083-2914
14456154     +Sawaya, Rose, Funderburg & Kaplan, P.C.,     1600 Ogden Street,    Denver, CO 80218-1414
14456157     +Transworld Systems Inc,    Collection Agency,    6041 S Syracuse Way 210,
               Greenwood Village, CO 80111-4716
14456159     +Web Bank/dfs,    One Dell Way,   Round Rock, TX 78682-7000
14456161     +West Asset Management,    PO Box 790113,    St Louis, MO 63179-0113
14456162      Wffnatbank,    Cscl Dispute Team,    Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: Chrisgermanlaw@gmail.com Jun 19 2012 00:57:16     Christopher German,
               3801 E. Florida Ave.,    Suite 400,    Denver, CO 80210
tr           +EDI: QHSENDER.COM Jun 19 2012 00:03:00      Harvey Sender,    1660 Lincoln St.,   Ste. 2200,
               Denver, CO 80264-2202
ust          +E-mail/Text: ustp.region19@usdoj.gov Jun 19 2012 05:15:14      US Trustee,    999 18th St.,
               Ste. 1551,    Denver, CO 80202-2415
14456113      EDI: CAPITALONE.COM Jun 19 2012 00:03:00      Cap One,    Po Box 85520,   Richmond, VA 23285
14456115     +E-mail/Text: bklaw2@centurylink.com Jun 19 2012 05:54:19      Centurylink,
               1801 California Street,    Denver, CO 80202-2632
14456116     +EDI: CHASE.COM Jun 19 2012 00:03:00      Chase,    Po Box 15298,   Wilmington, DE 19850-5298
14456120     +EDI: CODEPREV.COM Jun 19 2012 00:03:00      Colorado Department Of Revenue,
               1325 Sherman St Room 504,    Denver, CO 80261-0001
14456122     +EDI: DISCOVER.COM Jun 19 2012 00:03:00      Discover Fin Svcs Llc,    Pob 15316,
               Wilmington, DE 19850-5316
14456125     +EDI: TSYS2.COM Jun 19 2012 00:03:00      Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
14456129     +E-mail/Text: znelson@express-scripts.com Jun 19 2012 05:13:14      Express Scripts,
               14000 Riverport Drive,    Maryland Heights, MO 63043-4805
14456130     +E-mail/Text: peggysue@fostergraham.com Jun 19 2012 05:09:28
               Foster Graham Milstein & Calisher LLP,     621 Seventeenth St 19th Floor,    Denver, CO 80293-0621
14456133     +EDI: RMSC.COM Jun 19 2012 00:03:00      Gecrb/amazon,    Po Box 981400,   El Paso, TX 79998-1400
```

```
District/off: 1082-1          User: nelighb              Page 2 of 3                  Date Rcvd: Jun 18, 2012
                              Form ID: 769               Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14456134     +EDI: RMSC.COM Jun 19 2012 00:03:00       Gecrb/jcp,    Po Box 984100,     El Paso, TX 79998-4100
14456135     +EDI: RMSC.COM Jun 19 2012 00:03:00       Gecrb/old Navy,    Po Box 965005,     Orlando, FL 32896-5005
14456136     +EDI: RMSC.COM Jun 19 2012 00:03:00       Gecrb/ultimate Electrn,    C/o Po Box 965036,
               Orlando, FL 32896-0001
14456137     +EDI: RMSC.COM Jun 19 2012 00:03:00       Gecrb/walmart,    P.o. Box 965024,     Orlando, FL 32896-5024
14456138     +EDI: HFC.COM Jun 19 2012 00:03:00        HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
14456140      EDI: IRS.COM Jun 19 2012 00:03:00        Internal Revenue Service,     PO Box 7346,
               Philadelphia, PA  19101-7346
14456142     +EDI: CBSKOHLS.COM Jun 19 2012 00:03:00       Kohls/capone,    Po Box 3115,
               Milwaukee, WI 53201-3115
14456150      EDI: PRA.COM Jun 19 2012 00:03:00       Portfolio Recovery Assoc,    Riverside Commerce Center,
               120 Corporate Blvd Suite 100,    Norfolk, VA   23502
14456153     +EDI: HCA2.COM Jun 19 2012 00:03:00       Rose Medical Center,    4567 E 9th Ave,
               Denver, CO 80220-3941
14456155      EDI: NEXTEL.COM Jun 19 2012 00:03:00       Sprint PCS,    6391 Sprint Parkway,
               Overland Park, KS  66251-4300
14456158     +EDI: RMSC.COM Jun 19 2012 00:03:00       Walmart,    PO Box 530927,    Atlanta, GA 30353-0927
14456160     +EDI: WESTASSET.COM Jun 19 2012 00:03:00       West Asset Management,    2703 N Highway 75,
               Sherman, TX 75090-2567
14456163     +EDI: WFNNB.COM Jun 19 2012 00:03:00       Wfnnb/express,    4590 E Broad St,
               Columbus, OH 43213-1301
14456164     +EDI: WFNNB.COM Jun 19 2012 00:03:00       Wfnnb/the Buckle,    Po Box 182273,
               Columbus, OH 43218-2273
14456165     +EDI: WFNNB.COM Jun 19 2012 00:03:00       Wfnnb/victorias Secret,    Po Box 182789,
               Columbus, OH 43218-2789
14456166     +EDI: WFNNB.COM Jun 19 2012 00:03:00       World Financial Bank,    PO Box 182125,
               Columbus, OH 43218-2125
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 1082-1          User: nelighb                Page 3 of 3                   Date Rcvd: Jun 18, 2012
                              Form ID: 769                 Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2012 at the address(es) listed below:

        Christopher   German    on behalf of Debtor Leonid Shifrin Chrisgermanlaw@gmail.com
        Harvey   Sender    Sendertrustee@sendwass.com,   hsender@ecf.epiqsystems.com
        US Trustee    USTPRegion19.DV.ECF@usdoj.gov

        TOTAL: 3

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case #769 / b9a_7cna.jsp) (12/11)     Case Number **12−22722−MER**

# UNITED STATES BANKRUPTCY COURT
District of Colorado

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/17/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### Read All Pages of this Document for Important Information and Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Leonid Shifrin
aka Leo Shifrin, fdba MPLS, fdba Shifrin Inc
49 Sunset Drive
Englewood, CO 80113

| Case Number:<br>12−22722−MER | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−1450 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Christopher German<br>3801 E. Florida Ave.<br>Suite 400<br>Denver, CO 80210<br>Telephone number:  720−675−8070 | Bankruptcy Trustee (name and address):<br>Harvey Sender<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264<br>Telephone number:  (303)296−1999 |

### Meeting of Creditors
Date: **July 18, 2012**                                                                Time:  **10:00 AM**
Location:  **U.S. Trustee 341 Meeting Room, 1999 Broadway, 8th Floor, Suite 830, Room A, Denver, CO 80202**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/17/12**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Deadline to Provide Documents and Notice of Possible Dismissal:
*For cases filed on or after October 17, 2005*

Pursuant to 11 U.S.C. §521(e)(2), Federal Bankruptcy Rule 4002 and L.B.R. 1017−2, no later than *seven* court days prior to the original date set for the first meeting of creditors, the debtor shall provide to the case trustee a copy of the Federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least *fourteen* days prior to the meeting of creditors. The failure to comply will result in dismissal of the debtor's case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor. L.B.R. 1017−2.

Pursuant to Federal Bankruptcy Rule 4002, the debtor shall bring the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity and evidence of a social security number or a written statement that such documentation does not exist; 2) documents or copies or a written statement that such documentation does not exist of a) current income such as the most recent payment advice, pay stub, or earnings statement; b) statements for each of the debtor's depository (bank, credit union) and investment accounts for the time period that includes the date of the filing of the petition; and 3)

| | |
|---|---|
| documentation of monthly expenses claimed by a debtor as required under 11 U.S.C. §707(b)(2)(A) or (B). | |
| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508<br>Telephone number:  720–904–7300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>s/ Bradford L. Bolton |
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  6/18/12 |

## EXPLANATIONS

FORM B9A_7cna (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U. S. Trustee in writing of any rejection within five days after receipt of notice of selection. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Assets | At the meeting of creditors, the trustee may announce an intention to sell nonexempt tangible property of the estate if the aggregate gross value of all nonexempt property is less than $2,500. Any objections to said announcement must be filed in writing with the clerk and served upon the trustee within 15 days of the meeting. |

–– Refer to Other Side for Important Deadlines and Notices ––