**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 12-22722-MER |
| Leonid Shifrin | ) | |
| aka Leo Shifrin, fdba MPLS, | ) | |
| fdba Shifrin Inc. | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |

## ENTRY OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

**PLEASE TAKE NOTICE** that Foster Graham Milstein & Calisher, LLP ("FGMC") appears herein by its counsel, Michael G. Milstein, and requests pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> Michael G. Milstein, Esq.
> Foster Graham Milstein & Calisher, LLP
> 360 S. Garfield St., 6th Fl.
> Denver, CO 80209

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, telex, or otherwise: (1) which affect or seek to affect in any way any rights or interests of FGMC, with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by FGMC.

Dated this 10 day of June, 2012.

FOSTER GRAHAM MILSTEIN &
CALISHER, LLP

By: _____
Michael G. Milstein, Reg. No. 23833
360 S. Garfield St., 6th Fl.
Denver, CO 80209
(303)333-9810 (phone)
(303)333-9786 (fax)
michael@fostergraham.com

Attorney for Foster Graham Milstein & Calisher LLP

## CERTIFICATE OF MAILING

I, Peggy Sue Wells, hereby certify that on this 25th day of June, 2012, I placed a true and correct photocopy of the foregoing **ENTRY OF APPEARANCE AND REQUEST TO RECEIVE NOTICES**, in the U.S. Mail, first class postage prepaid, addressed to the following parties:

Leonid Shifrin
49 Sunset Drive
Englewood, CO 80113

Christopher German, Esq.
3801 E. Florida Ave., Suite 400
Denver, CO 80210

Harvey Sender, Esq.
1660 Lincoln St., Suite 2200
Denver, CO 80264

_____
Peggy Sue Wells

2