UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-22722-MER |
| | ) | |
| SHIFRIN, LEONID, | ) | Chapter 7 |
| SSN: XXX-XX-1450, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**Notice of Continued 341 Meeting of the Creditors**

To all creditors and persons of interest; the above captioned case has been continued to **July 31, 2012** at the debtors' request.  The meeting will be held at **4:00** pm in room A at 1999 Broadway, 8th Floor, Suite 830, Denver CO, 80202.

*/s/ Chris German*

Christopher German
3801 E Florida Ave, Suite 400
Denver, CO 80210