| | |
|---|---|
| **Bankruptcy Mailing Service.com** | **CERTIFICATE OF SERVICE** |
| 9155A E. Broadway | |
| Tucson, AZ  85710 | **UNITED STATES BANKRUPTCY COURT** |
| (520) 885-2961 | **DISTRICT OF COLORADO** |

| | |
|---|---|
| ATTORNEY NAME: | Christopher A. German |
| ADDRESS: | 3801 E. Florida Avenue - Suite 400 |
| | Denver, CO 80210 |
| PHONE NUMBER: | (720) 675-8070 |
| **CASE NO.:** | **12-22722 MER** |
| **DEBTOR:** | **Shifrin, Leonid** |
| Date Received: | 6/27/2012 |
| Time Received: | 2:12 PM |
| Total Creditors: | **68** |

The undersigned certifies that on Wednesday, June 27, 2012 at 3:46:08 PM, I served by prepaid first class mail a copy of:

   Notice of Continued 341 Meeting of the Creditors

in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on Wednesday, June 27, 2012, and, if applicable, other interested parties.

I, Richard Jump, declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown and prepared this Certificate of Service and that it is true and correct to the best of my knowledge, information and belief.

Richard Jump
Bankruptcy Mailing Service.com for
Christopher A. German

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 12-22722-MER<br>District of Colorado<br>Denver<br>Wed Jun 27 16:02:56 MDT 2012 | Advanced Ear Nose And Throat P<br>7400 E Crestline Circle<br>Greenwood Village, CO 80111-3656 | Allied Interstate<br>3000 Corporate Exchange Drive<br>Columbus, OH 43231-7684 |
| (c)ANDREW P MCCALLIN<br>FIRST ASSISTANT ATTORNEY GENERAL<br>1525 SHERMAN ST STE 700<br>DENVER CO   80203-1700 | Asset Management Professionals LLC<br>PO Box 2824<br>Woodstock, GA 30188-1386 | BC Services<br>PO Box 370107<br>Denver, CO 80237-0107 |
| BMW Financial Services<br>Attn: Bankruptcy Deptartment<br>5550 Britton Pkwy<br>Hilliard, OH 43026-7456 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | Brclysbankde<br>125 S West St<br>Wilmington, DE 19801-5014 |
| Budget Control Svcs In<br>2950 S Jamaica Ct Ste 20<br>Aurora, CO 80014-2685 | Cap One<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Centurylink<br>1801 California Street<br>Denver, CO 80202-2632 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Collection Agent<br>PO Box 8061<br>Mason, OH 45040-8061 |
| Collection Center, Inc<br>PO Box 4000<br>Rawlins, WY 82301-0479 | (c)COLORADO ATTORNEY GENERAL<br>1525 SHERMAN ST STE 700<br>DENVER CO   80203-1700 | Colorado Department Of Revenue<br>1325 Sherman St Room 504<br>Denver, CO 80261-0001 |
| Comprehensive Ent<br>6179 S Balsom Way<br>Littleton, CO 80123-3092 | Discover Fin Svcs Llc<br>Pob 15316<br>Wilmington, DE 19850-5316 | District Court<br>Arapahoe County Court<br>7325 S Potomac Street<br>Centennial, CO 80112-4030 |
| District Court, City And County Of<br>Denver, Colorado<br>1437 Bannock St<br>Denver, CO 80202-5337 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | EOS CCA<br>7900 E Union Ave Floor 3<br>Denver, CO 80237-2735 |
| EOS CCA<br>PO Box 556<br>Norwell, MA 02061-0556 | Eos Cca<br>700 Longwater Dr<br>Norwell, MA 02061-1624 | Express  Scripts<br>14000 Riverport Drive<br>Maryland Heights, MO 63043-4805 |
| Foster Graham Milstein & Calisher LLP<br>621 Seventeenth St 19th Floor<br>Denver, CO 80293-0621 | Franke Greenhouse List & Lippitt LLP<br>Bethany A Johnson<br>1228 15th Street<br>Denver, CO 80202-1600 | Franke Greenhouse List & Lippitt LLP<br>Granite Building, Second Floor<br>1228 15th Street<br>Denver, CO 80202-1600 |

| | | |
|---|---|---|
| Gecrb/amazon<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gecrb/jcp<br>Po Box 984100<br>El Paso, TX 79998-4100 | Gecrb/old Navy<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Gecrb/ultimate Electrn<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Gecrb/walmart<br>P.o. Box 965024<br>Orlando, FL 32896-5024 | Christopher German<br>3801 E. Florida Ave.<br>Suite 400<br>Denver, CO 80210-2543 |
| HSBC<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | Incorp Services<br>2360 Corporate Circle 400<br>Henderson, NV 89074-7739 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| (c)JOHN SUTHERS, ATTORNEY GENERAL<br>1525 SHERMAN ST STE 700<br>DENVER CO  80203-1700 | Kohls/capone<br>Po Box 3115<br>Milwaukee, WI 53201-3115 | Michael G. Milstein<br>360 S. Garfield St.<br>6th Floor<br>Denver, CO 80209-3186 |
| Mohela/dept Of Ed<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | NCO Financial Systems Inc<br>4740 Baxter Road<br>Virginia Beach, VA 23462-4484 | NCO Financial Systems Inc<br>5 Penn Center West Ste 100<br>Pittsburgh, PA 15276-0126 |
| NCTUE<br>PO Box 105161<br>Atlanta, GA 30348-5161 | National Jewish Health<br>PO Box 17379<br>Denver, CO 80217-0379 | Office Of Education<br>Student Loan Program<br>50 United Nations Plz<br>San Francisco, CA 94102-4912 |
| Peridot Properties III, L.L.C.<br>4643 South Ulster Street Suite 900<br>Denver, CO 80237-2866 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Collection<br>1401 Riverside<br>Fort Collins, CO 80524-4376 |
| Qilly Shifrin<br>49 Sunset Drive<br>Denver, CO 80113-4030 | Rose Medical Center<br>4567 E 9th Ave<br>Denver, CO 80220-3941 | SRA Associates, Inc<br>401 Minnetonka Rd<br>Hi Nella, NJ 08083-2914 |
| Sawaya, Rose, Funderburg & Kaplan, P.C.<br>1600 Ogden Street<br>Denver, CO 80218-1414 | Harvey Sender<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264-2202 | Leonid Shifrin<br>49 Sunset Drive<br>Englewood, CO 80113-4030 |
| Sprint PCS<br>6391 Sprint Parkway<br>Overland Park, KS  66251-4300 | Transworld Systems Inc<br>Collection Agency<br>6041 S Syracuse Way 210<br>Greenwood Village, CO 80111-4716 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 |

| | | |
|---|---|---|
| Walmart<br>PO Box 530927<br>Atlanta, GA 30353-0927 | Web Bank/dfs<br>One Dell Way<br>Round Rock, TX 78682-7000 | West Asset Management<br>2703 N Highway 75<br>Sherman, TX 75090-2567 |
| West Asset Management<br>PO Box 790113<br>St Louis, MO 63179-0113 | Wffnatbank<br>Cscl Dispute Team<br>Des Moines, IA 50306 | Wfnnb/express<br>4590 E Broad St<br>Columbus, OH 43213-1301 |
| Wfnnb/the Buckle<br>Po Box 182273<br>Columbus, OH 43218-2273 | Wfnnb/victorias Secret<br>Po Box 182789<br>Columbus, OH 43218-2789 | World Financial Bank<br>PO Box 182125<br>Columbus, OH 43218-2125 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bmw Financial Services<br>5515 Parkcenter Cir<br>Dublin, OH  43017 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Portfolio Recovery Assoc<br>Riverside Commerce Center<br>120 Corporate Blvd Suite 100<br>Norfolk, VA  23502 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| | | |
|---|---|---|
| Andrew P McCallin<br>First Assistant Attorney General<br>1525 Sherman Street Floor 7<br>Denver, CO 80203 | Colorado Attorney General<br>1525 Sherman St 504<br>Denver, CO  80203 | John Suthers, Attorney General<br>1525 Sherman Street, 7th Floor<br>Denver, CO  80203 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Foster Graham & Calisher, LLP | (u)Michael E. Romero | End of Label Matrix<br>Mailable recipients    68<br>Bypassed recipients     2<br>Total                  70 |