Certificate Number: 15317-CO-DE-018961897

Bankruptcy Case Number: 12-22722



15317-CO-DE-018961897

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 17, 2012</u>, at <u>1:22</u> o'clock <u>AM PDT</u>, <u>Leonid Shifrin</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Colorado</u>.

Date: <u>August 17, 2012</u>  By: <u>/s/Jerry Fajardo</u>

Name: <u>Jerry Fajardo</u>

Title: <u>Counselor</u>