IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-22722 MER |
| LEONID SHIFRIN ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |

**TRUSTEE'S MOTION TO SET COMPLEX CASE MANAGEMENT CONFERENCE
AND MOTION FOR JOINT ADMINISTRATION OF ADVERSARY PROCEEDINGS**

Harvey Sender, Chapter 7 Trustee for the Leonid Shifrin bankruptcy estate (the "Trustee"), hereby requests that the Court set a complex case management conference and enter an order providing for the joint administration of 28 separate adversary proceedings filed in this Court on June 13th and 16th, 2014.

1. On June 17, 2012 (the "Petition Date"), Leonid Shifrin (the "Debtor"), filed his voluntary petition for relief under Chapter 7 of title 11, U.S.C. (the "Bankruptcy Code"). The Trustee is the duly appointed trustee.

2. In June 2014, the Trustee commenced twenty-eight (28) adversary proceedings asserting claims under §§ 544, 548, 549 and 550 against multiple defendants to avoid and recover fraudulent transfers Debtor made both before and after the Petition Date. A list of the twenty-eight (28) avoidance actions (the "Adversary Proceedings") is attached as **Exhibit A**.

3. The Trustee requests that the Court enter an order providing for the joint administration of the Adversary Proceedings. The Trustee believes that, of those Adversary Proceedings that will require discovery and trial, many of the issues will overlap if not be identical. Coordinating document and witness discovery matters will reduce the burdens on the

parties and the Court, reduce delay and expense, and may facilitate resolution of the Adversary Proceedings.

4. In order to establish a uniform time frame for filing responsive pleadings, the Trustee requests that the Court set August 29, 2014, as the deadline for all parties in the Adversary Proceedings to answer or otherwise respond to Complaints served in the Adversary Proceedings. For most named defendants, this affords them an additional 46 days to respond to the Complaints served against them by mail on June 13th or June 16th. To the extent service has not yet been effected on some defendants because the Summons and Complaints served to their last-known mailing address has been returned undeliverable, this will also allow the Trustee to effect service. The requested extension will also provide the parties additional time to explore settlement prior to defendants incurring potentially unnecessary litigation expenses.

5. The Trustee further requests that the Court set a status conference as soon as practical after September 15, 2014, to discuss a joint discovery plan addressing production of the Trustee's documents through an electronic document depository and a schedule for written discovery and depositions.

WHEREFORE, the Trustee requests that the Court enter an order providing for the joint administration of the pending Adversary Proceedings (which shall not effect substantive consolidation), establishing a uniform extension of time to answer or otherwise respond to the Complaints, and setting a status conference to discuss the entry of a complex case management order, and for other relief as deemed appropriate.

Dated: June 30, 2014            **LINDQUIST & VENNUM LLP**

By:   /s/ Stephanie A. Kanan
     John C. Smiley, #16210
     Kirstin D. Kanski, #0366467 (MN)
     Stephanie A. Kanan, #42437
     Michael T. Gilbert, #15009
600 17th Street, Suite 1800 South
Denver, CO, 80202-5441
Telephone: (303) 573.5900
Facsimile: (303) 573-1956
E-mail: jsmiley@lindquist.com
        kkanski@lindquist.com
        skanan@lindquist.com

*Counsel for Harvey Sender, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2014, a true and correct copy of the foregoing **MOTION TO SET COMPLEX CASE MANAGEMENT CONFERENCE AND MOTION FOR JOINT ADMINISTRATION OF ADVERSARY PROCEEDINGS** was served via U.S. Mail, first class postage prepaid, on the parties identified on the attached list:

>     */s/ Brandon Blessing*
> Brandon Blessing

DOCS-#4241172-v1

JPMorgan Chase & Co.
d/b/a JPMorgan Chase Bank, N.A.
Jamie Dimon, CEO
270 Park Avenue
New York, NY 10017

JP Morgan Chase & Co.
The Corporation Company, Registered Agent
1675 Broadway, Suite 1200
Denver, CO 80202

HSBC North America Holdings Inc.
d/b/a HSBC Bank U.S.A., N.A.
Irene Dorner, CEO
452 5th Avenue
New York, NY 10018

HSBC Card Services Inc.
The Corporation Company, Registered Agent
1675 Broadway, Suite 1200
Denver, CO 80202

HSBC North America Holdings Inc.
The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

GE Capital Retail Finance
d/b/a Synchrony Bank
C T Corporation System, Registered Agent
1108 E South Union Ave
Midvale, UT 84047

GE Capital Retail Finance
d/b/a Synchrony Bank
Margaret M. Keane, CEO
6510 Millrock Drive, Ste 200
Holladay, UT 84121

GE Capital Retail Finance
d/b/a Lowes Credit Card
C T Corporation System, Registered Agent
1108 E South Union Ave
Midvale, UT 84047

GE Capital Retail Finance
d/b/a Synchrony Bank
Margaret M. Keane, CEO
777 Long Ridge Road
Stamford, CT 06902

Discover Financial Services
David W. Nelms, CEO
2500 Lake Cook Road
Riverwoods, IL 60015

Discover Bank
David W. Nelms, CEO
2500 Lake Cook Road
Riverwoods, IL 60015

Discover Financial Services
The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

Discover Bank
The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

Citigroup Inc.
The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

DOCS-#4246114-v1

Citigroup Inc.
Michael Corbat, CEO
399 Park Avenue
New York, NY 10022

Citibank, N.A.
Michael Corbat, CEO
399 Park Avenue
New York, NY 10022

Citigroup Inc.
William J. Mills, CEO North America
399 Park Avenue
New York, NY 10022

Capital One, N.A.
d/b/a GM Card
1680 Capital One Drive
McLean, VA 22102

Citigroup Inc. d/b/a Sears MasterCard
Michael Corbat, CEO
399 Park Avenue
New York, NY 10022

Capital One Financial Corporation
Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Capital One Financial Corporation
d/b/a Capital One Bank (USA), N.A.
Richard Fairbank, CEO
1680 Capital One Drive
McLean, VA 22102

BMO Harris Financing, Inc.
The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Capital One Financial Corporation
d/b/a Capital One, N.A.
Richard Fairbank, CEO
1680 Capital One Drive
McLean, VA 22102

Diners Club International LTD
Eduardo Tobon, President
2500 Lane Cook Road
Riverwoods, IL 60015

BMO Financial Group
William Downe, CEO
111 W Monroe St 19 East
Chicago, IL 60603

BMO Financial Group
d/b/a BMO Harris Bank N.A.
d/b/a Diners Club International LTD
Mark F. Furlong, CEO
111 W Monroe St 19 East
Chicago, IL 60603

Diners Club International LTC
The Corporation Company, Registered Agent
1675 Broadway, Suite 1200
Denver, CO 80202

BMO Harris Bank N.A.
d/b/a Diners Club International LTD
Mark F. Furlong, CEO
3900 W Madison Street
Chicago, IL 60624

DOCS-#4246114-v1

BMO Harris Financial Advisors, Inc.
The Corporation Company, Registered Agent
1675 Broadway, Suite 1200
Denver, CO 80202

Discover Financial Services
d/b/a Diners Club International LTD
2500 Lake Cook Road
Riverwoods, Illinois 60015

Discover Financial Services
d/b/a Diners Club International LTD
The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Edward Summe
1902 Wildwood Pass Drive
Colorado Springs, CO 80921-3924

American Express Company
The Corporation Company, Registered Agent
1675 Broadway, Suite 1200
Denver, Colorado 80202

American Express Company
The Corporation Company, Registered Agent
1675 Broadway, Suite 1200
Denver, Colorado 80202

American Express Company
Kenneth I. Chenault, CEO
200 Vesey Street
New York, NY 10285

American Express Company
Kenneth I. Chenault, CEO
200 Vesey Street
New York, NY 10285

Bank of America, N.A.
Brian T. Moynihan, CEO
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

Bank of America Corporation
The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Bank of America Corporation
Brian T. Moynihan, CEO
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

Bank of America, N.A.
Legal Order Processing
PO Box 15047
Wilmington, DE 19580-5047

Bank of America, N.A.
Brian T. Moynihan, CEO
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

David Price
9611 Sunset Hill Dr
Lone Tree, CO 80124-6795

DOCS-#4246114-v1

David Price
1123 S Beeler Ct.
Denver, Colorado 80247

Jason Price
891 14th St, #2910
Denver CO 80202

James A. Slaughter
3300 S Tamarac Dr, Apt H-111
Denver, Colorado 80231

Jason Price
c/o Special Ops Moving
2525 16th St
Denver CO  80211-3959

American Express Company
Kenneth I. Chenault, CEO
200 Vesey Street
New York, NY 10285

Cody Laderman
111 W Fern Dr.
Orange City, Florida 32763

Jason Price
1005 Rosemary St
Denver CO  80230-7090

Evan P. Banker
1900 Grant Street, Suite 1050
Denver, CO 80203

American Express Company
The Corporation Company, Registered Agent
1675 Broadway, Suite 1200
Denver, Colorado 80202

William Edwards
4971 W. Hurst Place
Denver, CO 80204

Joshua Heier
401 Garfield
Denver, CO 80206-4511

Paul Mattorano
619 East 9th Street
Trinidad, CO 81082

Konstantine Michelis
240 St. Paul Street, #120
Denver, CO 80206

Susan Yankovich
1145 Pine Street
Louisville, CO 80027

DOCS-#4246114-v1

Michael Haase
2145 Viscount Row
Orlando, FL 32809

Gary Brown
6687 West Portland Avenue
Littleton, CO 80128

Oai Luong
10150 Autumn Blaze Trail
Highlands Ranch, CO 80129

Paul Antal
20661 Willowbend Lane
Parker, CO 80134

Qilly Shifrin
5454 South Monaco St – Unit 127
Denver, CO 80237-3483

Qilly Shifrin
5200 South Ulster Street, #1125 South
Greenwood Village, CO 80111

67th Avenue Inc.
d/b/a 67th Avenue Movers Inc.,
Neighbors Moving and Father and Sons
Moving
5303 East 47th Avenue, Unit N
Denver, CO 80216

USP Florence Admax
5880 Highway 67
Florence, CO 81126

North Star Automotive
1825 W. Union Avenue, #2
Sheridan, CO 81071

67th Avenue Inc.
CSC Services of Nevada, Inc.
2215-B Renaissance Drive
Las Vegas, NV 89119

Sofia Shifrin
11692 East Baltic Place
Aurora, CO 80014

Glasgow Inc.
d/b/a Colonial Financial Inc.
11692 East Baltic Place
Aurora, CO 80014

67th Inc.
d/b/s 67th Avenue Movers Inc., Neighbors
Moving, Father and Sons Moving, and 67th
Avenue Logistics, Inc.
8400 E Crescent Pkwy, #150
Greenwood Village, CO 80111

Glasgow Sales Inc.
d/b/a American Home Funding, Inc.
8400 E. Crescent Parkway, #150
Greenwood Village, CO 80111

Mark Shifrin
1624 South Fairplay Street
Aurora, CO 80012

67th Inc.
c/o Sofia Shifrin, Registered Agent
11692 E. Baltic Place
Aurora, CO 80014

USWSL Group Inc.
d/b/a 5280 Motors Inc.
8400 E Crescent Pkwy, #150
Greenwood Village, CO 80111

USWSL Group Inc.
c/o Mark Shifrin, Registered Agent
1624 S. Fairplay Street
Aurora, Colorado 80012

Kris Martinez
17075 Carlson Dr., Apt. 1124
Parker, CO 80134

Michael Dupree
8940 Lilly Street
Thornton, CO   80229

Sofia Shifrin
11692 East Baltic Place
Aurora, CO 80014

Glasgow Sales Inc.
c/o Eric Sheldon, Registered Agent
9394 E. Atlantic Place
Denver, CO 80231

Movers Connection Inc.
3751 Revere Street
Denver, CO 80239

Eric Sheldon
9394 E. Atlantic Place
Denver, CO   80231

Father and Sons Movers, Inc.
Registered Agent The Company Corporation
2711 Centerville Rd. Suite 400,
Wilmington, DE 19808

Michael Sarris
6395 E. Minnesota Drive
Denver, CO   80224

Mile High Finance, Inc.
8400 Crescent Drive, Suite 150
Greenwood Village, CO 80111

Manheim Remarketing, Inc.
d/b/a Manheim Denver,
d/b/a Manheim Littleton Colorado
Corporation Service Company, Registered Agent
1560 Broadway, Suite 2090
Denver, CO 80202

Dennis Winkler
1991 Fieldcrest
Colorado Springs, CO 80921

Manheim Remarketing, Inc.
d/b/a Manheim Denver,
d/b/a Manheim Littleton Colorado
6205 Peachtree Dunwoody Road
Atlanta, GA 30328

Barclays Bank PLC
Antony Jenkins, CEO
745 Seventh Avenue
New York, NY 10019

Barclays Bank PLC
Hugh E. McGee lll, CEO (Americas)
745 Seventh Avenue
New York, NY 10019

Barclays Capital
Antony Jenkins, CEO
745 Seventh Avenue
New York, NY 10019

Barclays Bank PLC
The Corporation Company, Registered Agent
1675 Broadway, Suite 1200
Denver, CO 80202

DOCS-#4246114-v1