# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
### DENVER DIVISION

In Re:                                    §
                                          §
LEONID SHIFRIN                            §        Case No. 1:12-22722-MER
                                          §
              Debtor                      §
                                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

HARVEY SENDER, TRUSTEE          , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                    Assets Exempt: 35,634.00
(Without deducting any secured claims)

Total Distributions to Claimants: 5,833.56    Claims Discharged
                                              Without Payment: 5,921,665.27

Total Expenses of Administration: 1,362,175.82

3) Total gross receipts of $1,368,009.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,368,009.38 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,489,508.93 | 1,362,175.82 | 1,362,175.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 240,000.00 | 4,044,784.41 | 4,044,784.41 | 5,833.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,757,164.00 | 882,641.42 | 882,641.42 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,997,164.00 | $6,416,934.76 | $6,289,601.65 | $1,368,009.38 |

4)  This case was originally filed under chapter 7 on 06/17/2012.  The case was pending for 96 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/27/2020                    By:/s/HARVEY SENDER, TRUSTEE
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK OF THE WEST ACCOUNTS | 1229-000 | 267.30 |
| FUNDS ON BUSINESS ACCOUNT | 1229-000 | 404,340.53 |
| MILE HIGH BANKS | 1229-000 | 3,171.80 |
| TCF NATIONAL BANK | 1229-000 | 24,008.00 |
| US BANK ACCOUNTS | 1229-000 | 76.32 |
| USWSL TRUCKS/TRAILERS | 1229-000 | 33,200.00 |
| VARIOUS PERSONAL PROPERTY SOLD AT AUCTION | 1229-000 | 9,255.00 |
| WELLS FARGO ACCOUNT | 1229-000 | 29,765.79 |
| AMERICAN EXPRESS | 1241-000 | 300,000.00 |
| BAIRD/MICHELIS ADVERSARY SETTLEMENTS | 1241-000 | 5,008.00 |
| BANK OF AMERICA | 1241-000 | 19,300.00 |
| BARCLAYS BANK | 1241-000 | 3,941.60 |
| BMO HARRIS | 1241-000 | 225,000.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CAPITAL ONE SERVICES, LLC | 1241-000 | 7,000.00 |
| CITIGROUP, INC./CAPITAL ONE | 1241-000 | 18,856.10 |
| DISCOVER | 1241-000 | 40,000.00 |
| DOUG WINKLER SETTLEMENT | 1241-000 | 24,000.00 |
| HSBC | 1241-000 | 3,173.99 |
| JP MORGAN CHASE | 1241-000 | 155,000.00 |
| MANHEIM | 1241-000 | 55,000.00 |
| MICHAEL SARRIS SETTLEMENT | 1241-000 | 3,000.00 |
| PREFERENCES - FAMILY MEMBERS | 1241-000 | 1,000.00 |
| SYNCHRONY/GE CAPITAL | 1241-000 | 3,644.95 |
| TOTAL GROSS RECEIPTS | | $1,368,009.38 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $NA | $NA | $NA | $NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HARVEY SENDER | 2100-000 | NA | 64,290.28 | 64,290.28 | 64,290.28 |
| HARVEY SENDER | 2200-000 | NA | 183.72 | 183.72 | 183.72 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 48.31 | 48.31 | 48.31 |
| SENDER WASSERMAN & WADSWORTH | 2300-000 | NA | 523.67 | 523.67 | 523.67 |
| SENDER WASSERMAN WADSWORTH PC | 2300-000 | NA | 175.32 | 175.32 | 175.32 |
| DEBIT), ACH (AUTO | 2600-000 | NA | 1,000.35 | 1,000.35 | 1,000.35 |
| First National Bank - Vinita | 2600-000 | NA | 2,137.33 | 2,137.33 | 2,137.33 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 14,815.83 | 14,815.83 | 14,815.83 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | NA | 10,736.00 | 10,736.00 | 10,736.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WILLIAM BIANCO | 2990-000 | NA | 0.00 | 3,210.00 | 3,210.00 |
| LINDQUIST & VENNUM, LLP | 3210-000 | NA | 1,092,152.30 | 1,003,476.80 | 1,003,476.80 |
| LINDQUIST & VENNUM, LLP | 3220-000 | NA | 84,942.41 | 43,074.80 | 43,074.80 |
| KAPLAN & ASSOCIATES, PC | 3410-000 | NA | 6,322.50 | 6,322.50 | 6,322.50 |
| RUBIN BROWN LLP | 3410-000 | NA | 205,555.50 | 205,555.50 | 205,555.50 |
| KAPLAN & ASSOCIATES, PC | 3420-000 | NA | 49.00 | 49.00 | 49.00 |
| DICKENSHEET & ASSOCIATES, INC. | 3610-000 | NA | 4,708.25 | 4,708.25 | 4,708.25 |
| DICKENSHEET & ASSOCIATES, INC. | 3620-000 | NA | 1,868.16 | 1,868.16 | 1,868.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $1,489,508.93 | $1,362,175.82 | $1,362,175.82 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22-2 | INTERNAL REVENUE SERVICE | 5800-000 | 200,000.00 | 1,398,571.30 | 1,398,571.30 | 2,017.08 |
| 19 | STATE OF COLORADO | 5800-000 | 40,000.00 | 2,646,213.11 | 2,646,213.11 | 3,816.48 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $240,000.00 | $4,044,784.41 | $4,044,784.41 | $5,833.56 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Ear Nose And Throat P 7400 E Crestline Circle Greenwood Village, CO  80111 | | 289.00 | NA | NA | 0.00 |
| | Allied Interstate 3000 Corporate Exchange Drive Columbus, OH  43218 | | 0.00 | NA | NA | 0.00 |
| | Andrew P McCallin First Assistant Attorney General 1525 Sherman Street Floor 7 Denver, CO  80203 | | 0.00 | NA | NA | 0.00 |
| | BC Services PO Box 370107 Denver, CO  80237 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brclysbankde 125 S West St Wilmington, DE 19801 | | 6,187.00 | NA | NA | 0.00 |
| | Budget Control Svcs In 2950 S Jamaica Ct Ste 20 Aurora, CO 80014 | | 0.00 | NA | NA | 0.00 |
| | Centurylink 1801 California Street Denver, CO 80202 | | 73.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 949.00 | NA | NA | 0.00 |
| | Collection Agent PO Box 8061 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Comprehensive Ent 6179 S Balsom Way Littleton, CO 80123 | | 484.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 1,202.00 | NA | NA | 0.00 |
| | Eos Cca 700 Longwater Dr Norwell, MA 02061 | | 0.00 | NA | NA | 0.00 |
| | Franke Greenhouse List & Lippitt LLP Bethany A Johnson 1228 15th Street Denver, CO 80202 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Franke Greenhouse List & Lippitt LLP Granite Building, Second Floor 1228 15th Street Denver, CO  80202 | | 0.00 | NA | NA | 0.00 |
| | HSBC PO Box 5253 Carol Stream, IL  60197 | | 573.00 | NA | NA | 0.00 |
| | John Suthers, Attorney General 1525 Sherman Street, 7th Floor Denver, CO  80203 | | 100,000.00 | NA | NA | 0.00 |
| | John Suthers, Attorney General 1525 Sherman Street, 7th Floor Denver, CO  80203 | | 0.00 | NA | NA | 0.00 |
| | John Suthers, Attorney General 1525 Sherman Street, 7th Floor Denver, CO  80203 | | 566,050.00 | NA | NA | 0.00 |
| | John Suthers, Attorney General 1525 Sherman Street, 7th Floor Denver, CO  80203 | | 246,723.00 | NA | NA | 0.00 |
| | Kohls/capone Po Box 3115 Milwaukee, WI  53201 | | 437.00 | NA | NA | 0.00 |
| | Mohela/dept Of Ed 633 Spirit Dr Chesterfield, MO  63005 | | 8,311.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Jewish Health PO Box 17379 Denver, CO 80217 | | 84.00 | NA | NA | 0.00 |
| | NCO Financial Systems Inc 4740 Baxter Road Virginia Beach, VA  23462 | | 0.00 | NA | NA | 0.00 |
| | NCO Financial Systems Inc 5 Penn Center West Ste 100 Pittsburgh, PA  15276 | | 0.00 | NA | NA | 0.00 |
| | Peridot Properties III, L.L.C. 4643 South Ulster Street Suite 900 Denver, CO  80237 | | 65,000.00 | NA | NA | 0.00 |
| | Portfolio Recovery Assoc Riverside Commerce Center 120 Corporate Blvd Suite 100 Norfolk, VA  23502 | | 0.00 | NA | NA | 0.00 |
| | Rose Medical Center 4567 E 9th Ave Denver, CO  80220 | | 0.00 | NA | NA | 0.00 |
| | Walmart PO Box 530927 Atlanta, GA  30353 | | 0.00 | NA | NA | 0.00 |
| | West Asset Management 2703 N Highway 75 Sherman, TX 75090 | | 672.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | West Asset Management PO Box 790113 St Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Wffnatbank Cscl Dispute Team Des Moines, IA  50306 | | 3,039.00 | NA | NA | 0.00 |
| 1 | ATLAS ACQUISITIONS LLC | 7100-000 | NA | 4,206.83 | 4,206.83 | 0.00 |
| 23-1 | BMO HARRIS BANK, NA | 7100-000 | NA | 225,000.00 | 225,000.00 | 0.00 |
| 21 | BMW FINANCIAL SERVICES NA, LLC | 7100-000 | 26,114.00 | 21,519.91 | 21,519.91 | 0.00 |
| 9 | BUDGET CONTROL SVCS IN | 7100-000 | 0.00 | 840.76 | 840.76 | 0.00 |
| 11 | CAPITAL ONE BANK (US, N. A. | 7100-000 | 1,947.00 | 1,972.14 | 1,972.14 | 0.00 |
| 13 | CAPITAL ONE, N. A | 7100-000 | 690.00 | 590.27 | 590.27 | 0.00 |
| 14 | CAPITAL RECOVERY V, LLC | 7100-000 | 3,249.00 | 3,284.68 | 3,284.68 | 0.00 |
| 15 | CAPITAL RECOVERY V, LLC | 7100-000 | 651.00 | 651.93 | 651.93 | 0.00 |
| 16 | CAPITAL RECOVERY V, LLC | 7100-000 | 977.00 | 977.16 | 977.16 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | CAPITAL RECOVERY V, LLC | 7100-000 | 644.00 | 644.67 | 644.67 | 0.00 |
| 18 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,184.00 | 1,184.54 | 1,184.54 | 0.00 |
| 5 | DELL FINANCIAL SERVICES, LLC | 7100-000 | 5,068.00 | 6,191.58 | 6,191.58 | 0.00 |
| 2 | DISCOVER BANK | 7100-000 | 502.00 | 491.53 | 491.53 | 0.00 |
| 3 | DISCOVER BANK | 7100-000 | NA | 10,927.05 | 10,927.05 | 0.00 |
| 4 | DISCOVER BANK | 7100-000 | NA | 13,640.15 | 13,640.15 | 0.00 |
| 20 | FOSTER GRAHAM MILSTEIN & CALISHER | 7100-000 | 690,000.00 | 478,595.70 | 478,595.70 | 0.00 |
| 22-2 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 1,762.72 | 1,762.72 | 0.00 |
| 24-1 | MANHEIM REMARKETING INC. | 7100-000 | NA | 55,000.00 | 55,000.00 | 0.00 |
| 10 | MOHELA/DEPT OF ED | 7100-000 | 20,778.00 | 30,221.11 | 30,221.11 | 0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,631.00 | 1,631.51 | 1,631.51 | 0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 2,486.00 | 2,486.15 | 2,486.15 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,170.00 | 1,170.84 | 1,170.84 | 0.00 |
| 22-2 | INTERNAL REVENUE SERVICE | 7300-000 | NA | 19,650.19 | 19,650.19 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,757,164.00 | $882,641.42 | $882,641.42 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 12-22722 | MER | Judge: | Michael E. Romero | Trustee Name: | HARVEY SENDER, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | LEONID SHIFRIN | | | | Date Filed (f) or Converted (c): | 06/17/2012 (f) |
| | | | | | 341(a) Meeting Date: | 07/18/2012 |
| For Period Ending: | 04/27/2020 | | | | Claims Bar Date: | 06/17/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. FROM EARNINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. BEDROOM SETS; DINING ROOM SET; APPLIANCES; SILVERW | 3,000.00 | 0.00 | | 0.00 | FA |
| 3. USED MEN'S CLOTHING (SHIRTS, SLACKS, SHOES) | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. WATCH; WEDDING BAND; NECKLACE | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. STATE FARM TERM LIFE INSURANCE POLICY JACKSON NATI | 0.00 | 0.00 | | 0.00 | FA |
| 6. CHARLES SCHWAB BROKERAGE ACCT. ACCT. NO. ...1918 P | 86.00 | 0.00 | | 0.00 | FA |
| 7. MASS MUTUAL FINANCIAL GROUP TAX QUALIFIED IRA | 25,848.00 | 0.00 | | 0.00 | FA |
| 8. SHIFRIN INC. (IN-ACTIVE) NO ASSETS: | 0.00 | 0.00 | | 0.00 | FA |
| 9. COLORADO AUTO SALES BROKER LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 10. LAPTOP COMPUTER; STATIONARY SUPPLIES; TOOL BOX, CA | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. POSSIBLE CLAIM AGAINST COLORADO DEPARTMENT OF REAL | Unknown | 0.00 | | 0.00 | FA |
| 12. FRAUDULENT TRANSFERS/CONSOLIDATED ADVERSARIES | 0.00 | 0.00 | | 0.00 | FA |
| 13. WELLS FARGO ACCOUNT             (u) | 0.00 | 29,765.79 | | 29,765.79 | FA |
| 14. BANK OF THE WEST ACCOUNTS           (u) | 0.00 | 267.30 | | 267.30 | FA |
| 15. US BANK ACCOUNTS             (u) | 0.00 | 76.32 | | 76.32 | FA |
| 16. FUNDS ON BUSINESS ACCOUNT           (u) | 0.00 | 404,340.53 | | 404,340.53 | FA |
| 17. TCF NATIONAL BANK             (u) | 0.00 | 24,008.00 | | 24,008.00 | FA |
| 18. MILE HIGH BANKS             (u) | 0.00 | 3,171.80 | | 3,171.80 | FA |
| 19. USWSL TRUCKS/TRAILERS           (u) | 0.00 | 33,200.00 | | 33,200.00 | FA |
| 20. BAIRD/MICHELIS ADVERSARY SETTLEMENTS       (u) | 0.00 | 5,008.00 | | 5,008.00 | FA |
| 21. VARIOUS PERSONAL PROPERTY SOLD AT AUCTION (u) | 0.00 | 9,075.00 | | 9,255.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-22722 | MER | Judge: | Michael E. Romero | Trustee Name: | HARVEY SENDER, TRUSTEE |
|---|---|---|---|---|---|---|

Case Name: LEONID SHIFRIN

Date Filed (f) or Converted (c): 06/17/2012 (f)

341(a) Meeting Date: 07/18/2012

For Period Ending: 04/27/2020

Claims Bar Date: 06/17/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. VOID                               (u) | Unknown | 0.00 | | 0.00 | FA |
| 23. CITIGROUP, INC./CAPITAL ONE        (u) | 0.00 | 18,856.10 | | 18,856.10 | FA |
| 24. VOID                               (u) | Unknown | 0.00 | | 0.00 | FA |
| 25. AMERICAN EXPRESS                   (u) | 0.00 | 300,000.00 | | 300,000.00 | FA |
| 26. BARCLAYS BANK                      (u) | 0.00 | 3,941.60 | | 3,941.60 | FA |
| 27. BANK OF AMERICA                    (u) | 0.00 | 19,300.00 | | 19,300.00 | FA |
| 28. SYNCHRONY/GE CAPITAL              (u) | 0.00 | 3,644.95 | | 3,644.95 | FA |
| 29. HSBC                               (u) | 0.00 | 3,173.99 | | 3,173.99 | FA |
| 30. DISCOVER                           (u) | 0.00 | 40,000.00 | | 40,000.00 | FA |
| 31. MICHAEL SARRIS SETTLEMENT          (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 32. BMO HARRIS                         (u) | 0.00 | 225,000.00 | | 225,000.00 | FA |
| 33. JP MORGAN CHASE                    (u) | 0.00 | 155,000.00 | | 155,000.00 | FA |
| 34. MANHEIM                            (u) | 0.00 | 55,000.00 | | 55,000.00 | FA |
| 35. DOUG WINKLER SETTLEMENT            (u) | 0.00 | 24,000.00 | | 24,000.00 | FA |
| 36. REMAINING ADVERSARIES-DISPOSITIVE MTNS (u) | 0.00 | 0.00 | | 0.00 | FA |
| 37. PREFERENCES - FAMILY MEMBERS       (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 38. CAPITAL ONE SERVICES, LLC          (u) | 0.00 | 7,000.00 | | 7,000.00 | FA |
| 39. Adv. 14-01285, Sender v. Cody Laderman (u) | 0.00 | 13,766.00 | | 0.00 | FA |
| 40. Adv. 14-01286, Sender v. Joshua Heier (u) | 0.00 | 8,798.00 | | 0.00 | FA |
| 41. Adv. 14-01289, Sender v. Jason Price (u) | 0.00 | 70,150.00 | | 0.00 | FA |
| 42. Adv. 14-01290, Sender v. William Edwards (u) | 0.00 | 33,022.40 | | 0.00 | FA |
| 43. Adv. 14-01291, Sender v. Jason A Slaughter (u) | 0.00 | 107,980.00 | | 0.00 | FA |
| 44. Adv. 14-01292, Sender v. Michael Haase (u) | 0.00 | 25,253.00 | | 0.00 | FA |
| 45. Adv. 14-01295, Sender v. Paul Mattorano (u) | 0.00 | 18,700.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 12-22722 | MER | Judge: | Michael E. Romero | Trustee Name: | HARVEY SENDER, TRUSTEE |

Case Name: LEONID SHIFRIN

Date Filed (f) or Converted (c): 06/17/2012 (f)

341(a) Meeting Date: 07/18/2012

For Period Ending: 04/27/2020

Claims Bar Date: 06/17/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 46.  Adv. 14-01296, Sender v. Gary Brown  (u) | 0.00 | 38,470.50 | | 0.00 | FA |
| 47.  ix. Adv. 14-01300, Sender v. Paul Antal  (u) | 0.00 | 263,909.28 | | 0.00 | FA |
| 48.  Adv. 14-01318, Sender v. Edward S Summe  (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $35,634.00 | $1,947,878.56 | | $1,368,009.38 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

28 ADVERSARY PROCEEDINGS WERE COMMENCED IN JUNE, 2014.  DISPOSITIVE MOTIONS WERE FILED DURING THE FIRST WEEK OF MAY, 2016.  JP MORGAN CHASE MADE THEIR FINAL PAYMENT AND MANHEIM SETTLEMENT WAS RECEIVED.  HIRED AN ACCOUNTANT TO PREPARE THE ESTATE'S FINAL TAX RETURNS. TRUSTEE AND HIS FIRM WAS SUED BY MARK SHIFRIN ON 7/10/17 IN ARAPAHOE COUNTY DISTRICT COURT - THAT WAS DISMISSED.  A CONFIDENTIAL DRAFT SETTLEMENT AGREEMENT WITH QILLY SHIFRIN WAS SIGNED ON 10/25/2018.  TAX RETURN ISSUES, FEE APPS, ETC. ARE NOW COMPLETE.

| RE PROP # | 12 | -- | SEE ASSET 20 BELOW |
| RE PROP # | 20 | -- | COMPLEX CASE NO. 14-9991 MER - SEE BELOW ASSETS FOR OTHER SETTLEMENTS BAIRD $3,008 MICHELIS $2,000 |
| RE PROP # | 33 | -- | SETTLED FOR $155K |
| RE PROP # | 36 | -- | DAVID PRICE 14-1293 OAI LUONG 14-1298 14-1283 (QILLY SHIFRIN, MARK SHIFRIN, SOFIA SHIFRIN) 14-1297 SUSAN YANKOVICH |

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 11/08/2019

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  12-22722

Case Name:  LEONID SHIFRIN

Taxpayer ID No: XX-XXX6214

For Period Ending: 04/27/2020

Trustee Name:  HARVEY SENDER, TRUSTEE

Bank Name:  First National Bank - Vinita

Account Number/CD#:  XXXXXX4223

Checking Account

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/14/13 | | FARGO, WELLS BANK OF THE WESTUS BANK | FROZEN ACCOUNTS FUNDS | | $30,109.41 | | $30,109.41 |
| | | | Gross Receipts          $30,109.41 | | | | |
| | 13 | | WELLS FARGO ACCOUNT     $29,765.79 | 1229-000 | | | |
| | 14 | | BANK OF THE WEST ACCOUNTS        $267.30 | 1229-000 | | | |
| | 15 | | US BANK ACCOUNTS             $76.32 | 1229-000 | | | |
| 04/03/13 | 16 | SENDER, WASSERMAN, WADSWORTH TRUST ACCOUNT | WIRED TO TRUST ACCOUNT | 1229-000 | $404,340.53 | | $434,449.94 |
| 04/19/13 | 17 | TCF NATIONAL BANK | FUNDS ON ACCOUNT | 1229-000 | $24,008.00 | | $458,457.94 |
| 04/29/13 | 1001 | CLERK OF THE BANKRUPTCY COURT 721 19TH STREETDENVER, CO 80202 | FEES 13-1117 | 2700-000 | | $293.00 | $458,164.94 |
| 05/01/13 | | DEBIT), ACH (AUTO 4/5/13 | ACH AUTO DEBIT | 1290-000 | $36.24 | | $458,201.18 |
| 05/01/13 | | DEBIT), ACH (AUTO | ACH (AUTO DEBIT) | 2600-000 | | $36.24 | $458,164.94 |
| 05/02/13 | 18 | BANKS, MILE HIGH | FUNDS ON ACCOUNT | 1229-000 | $3,171.80 | | $461,336.74 |
| 05/07/13 | | DEBIT), ACH (AUTO | ACH (AUTO DEBIT) | 1290-000 | $472.75 | | $461,809.49 |
| 05/07/13 | | DEBIT), ACH (AUTO | ACH (AUTO DEBIT) | 2600-000 | | $472.75 | $461,336.74 |
| 05/24/13 | | Reverses Adjustment IN on 05/01/13 | ACH AUTO DEBIT NEEDS TO BE DEDUCTED | 1290-000 | ($36.24) | | $461,300.50 |
| 05/24/13 | | Reverses Adjustment IN on 05/07/13 | ACH (AUTO DEBIT) NEEDS TO BE DEDUCTED | 1290-000 | ($472.75) | | $460,827.75 |
| 06/07/13 | | DEBIT), ACH (AUTO | ACH (AUTO DEBIT) | 2600-000 | | $491.36 | $460,336.39 |
| 07/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $473.05 | $459,863.34 |
| 08/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $488.32 | $459,375.02 |

Page Subtotals:                                                                    $461,629.74        $2,254.72

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-22722

Case Name: LEONID SHIFRIN

Taxpayer ID No: XX-XXX6214

For Period Ending: 04/27/2020

Trustee Name: HARVEY SENDER, TRUSTEE

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX4223

Checking Account

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $487.79 | $458,887.23 |
| 10/01/13 | 1002 | LINDQUIST & VENNUM, P.L.L.P. 600 17TH STREETSUITE 1800 SOUTHDENVER, CO 80202 | ORDER DATED 10/1/13 FEES | 3210-000 | | $186,230.00 | $272,657.23 |
| 10/01/13 | 1003 | LINDQUIST & VENNUM, P.L.L.P. 600 17TH STREETSUITE 1800 SOUTHDENVER, CO 80202 | ORDER DATED 10/1/13 EXPENSES | 3220-000 | | $20,047.08 | $252,610.15 |
| 10/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $471.59 | $252,138.56 |
| 11/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $281.91 | $251,856.65 |
| 12/06/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $258.81 | $251,597.84 |
| 01/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $267.15 | $251,330.69 |
| 01/17/14 | 1004 | SENDER WASSERMAN & WADSWORTH 1660 LINCOLN ST STE 2200DENVER, CO 80264 | BOND | 2300-000 | | $266.03 | $251,064.66 |
| 02/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $266.81 | $250,797.85 |
| 03/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $240.55 | $250,557.30 |
| 04/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $266.05 | $250,291.25 |
| 04/21/14 | 1005 | CLERK OF THE BANKRUPTCY COURT 721 19TH STREETDENVER, CO 80202 | FEES 14-1169 | 2700-000 | | $293.00 | $249,998.25 |
| 05/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $257.13 | $249,741.12 |
| 06/06/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $265.19 | $249,475.93 |
| 07/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $256.36 | $249,219.57 |

Page Subtotals:     $0.00     $210,155.45

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 12-22722 | |
|---|---|
| Case Name: LEONID SHIFRIN | |

Trustee Name: HARVEY SENDER, TRUSTEE
Bank Name: First National Bank - Vinita
Account Number/CD#: XXXXXX4223
Checking Account
Blanket Bond (per case limit): $59,566,052.00
Separate Bond (if applicable):

Taxpayer ID No: XX-XXX6214
For Period Ending: 04/27/2020

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/04/14 | 1006 | CLERK OF THE BANKRUPTCY COURT 721 19TH STREET DENVER, CO 80202 | FEES - VARIOUS ADVERSARIES 6/13/14 SEE ATTACHED LIST TO NOTICE OF FEES DATED 8/4/14 | | 2700-000 | | $10,150.00 | $239,069.57 |
| 08/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | | 2600-000 | | $264.64 | $238,804.93 |
| 09/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | | 2600-000 | | $256.01 | $238,548.92 |
| 10/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | | 2600-000 | | $245.15 | $238,303.77 |
| 10/16/14 | | DICKENSHEET & ASSOCIATES, INC. | AUCTION PROCEEDS | | | $42,275.00 | | $280,578.77 |
| | | | Gross Receipts | $42,275.00 | | | | |
| | 19 | | USWSL TRUCKS/TRAILERS | $33,200.00 | 1229-000 | | | |
| | 21 | | VARIOUS PERSONAL PROPERTY SOLD AT AUCTION | $9,075.00 | 1229-000 | | | |
| 10/23/14 | 1007 | DICKENSHEET & ASSOCIATES, INC. 1501 WEST WESLEY AVE. DENVER, CO 80223 | AUCTIONEER FEES | | 3610-000 | | $4,681.25 | $275,897.52 |
| 10/23/14 | 1008 | DICKENSHEET & ASSOCIATES, INC. 1501 WEST WESLEY AVE. DENVER, CO 80223 | AUCTIONEER EXPENSES | | 3620-000 | | $1,865.30 | $274,032.22 |
| 11/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | | 2600-000 | | $273.86 | $273,758.36 |
| 11/26/14 | 21 | DICKENSHEET & ASSOCIATES | AUCTION PROCEEDS | | 1229-000 | $180.00 | | $273,938.36 |
| 12/02/14 | 1009 | DICKENSHEET & ASSOCIATES, INC. 1501 WEST WESLEY AVE. DENVER, CO 80223 | AUCTIONEER FEES | | 3610-000 | | $27.00 | $273,911.36 |
| 12/02/14 | 1010 | DICKENSHEET & ASSOCIATES, INC. 1501 WEST WESLEY AVE. DENVER, CO 80223 | AUCTIONEER EXPENSES | | 3620-000 | | $2.86 | $273,908.50 |

Page Subtotals: $42,455.00 $17,766.07

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-22722

Case Name: LEONID SHIFRIN

Taxpayer ID No: XX-XXX6214

For Period Ending: 04/27/2020

Trustee Name: HARVEY SENDER, TRUSTEE

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX4223

Checking Account

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $281.35 | $273,627.15 |
| 12/11/14 | 1011 | RUBIN BROWN LLP P.O. BOX790379ST. LOUIS, MO 63179 | ORDER DATED 12/9/14 FEES MAY 9, 2013 - AUGUST 31, 2014 | 3410-000 | | $71,652.00 | $201,975.15 |
| 01/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $251.27 | $201,723.88 |
| 01/20/15 | 1012 | SENDER, WASSERMAN & WADSWORTH, P.C. | BOND | 2300-000 | | $257.64 | $201,466.24 |
| 02/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $214.12 | $201,252.12 |
| 02/27/15 | 20 | BAIRD, BRETT I. | SETTLEMENT | 1241-000 | $3,008.00 | | $204,260.12 |
| 03/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $193.02 | $204,067.10 |
| 04/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $216.58 | $203,850.52 |
| 05/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $209.48 | $203,641.04 |
| 06/05/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $216.24 | $203,424.80 |
| 07/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $209.03 | $203,215.77 |
| 07/27/15 | 26 | BARCLAYS BANK OPS | SETTLEMENT | 1241-000 | $3,941.60 | | $207,157.37 |
| 07/27/15 | 27 | BANK OF AMERICA | SETTLEMENT | 1241-000 | $19,300.00 | | $226,457.37 |
| 07/27/15 | 20 | MICHELIS, KONSTANTINE | SETTLEMENT | 1241-000 | $2,000.00 | | $228,457.37 |
| 08/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $219.24 | $228,238.13 |
| 08/27/15 | 28 | SYNCHRONY | SETTLEMENT | 1241-000 | $3,644.95 | | $231,883.08 |

Page Subtotals: $31,894.55 $73,919.97

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-22722

Case Name: LEONID SHIFRIN

Taxpayer ID No: XX-XXX6214

For Period Ending: 04/27/2020

Trustee Name: HARVEY SENDER, TRUSTEE

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX4223

Checking Account

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/27/15 | 29 | HSBC | SETTLEMENT | 1241-000 | $3,173.99 | | $235,057.07 |
| 08/27/15 | 25 | AMERICAN EXPRESS TRAVEL $292,230AMERICAN EXPRESS BANK $7,770.00 | SETTLEMENT | 1241-000 | $300,000.00 | | $535,057.07 |
| 08/27/15 | 1013 | LINDQUIST & VENNUM, P.L.L.P. 600 17TH STREETSUITE 1800 SOUTHDENVER, CO 80202 | ORDER DATED 1/2/15 FEES 2ND APPLICATION | 3210-000 | | $367,246.80 | $167,810.27 |
| 08/27/15 | 1014 | LINDQUIST & VENNUM, P.L.L.P. 600 17TH STREETSUITE 1800 SOUTHDENVER, CO 80202 | ORDER DATED 1/2/15 EXPENSES 2ND APPLICATION | 3220-000 | | $23,027.72 | $144,782.55 |
| 09/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $284.38 | $144,498.17 |
| 09/24/15 | 23 | CITIBANK, N.A. | SETTLEMENT | 1241-000 | $18,856.10 | | $163,354.27 |
| 10/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $152.40 | $163,201.87 |
| 10/14/15 | 30 | DISCOVER FINANCIAL SERVICES | SETTLEMENT | 1241-000 | $40,000.00 | | $203,201.87 |
| 10/14/15 | 31 | SARRIS, MICHAEL G. | SETTLEMENT | 1241-000 | $3,000.00 | | $206,201.87 |
| 11/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $198.33 | $206,003.54 |
| 12/07/15 | 1015 | SENDER WASSERMAN WADSWORTH PC 1660 LINCOLN STREET, STE 2200DENVER, CO 80264 | BOND | 2300-000 | | $106.28 | $205,897.26 |
| 12/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $211.68 | $205,685.58 |
| 01/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $218.43 | $205,467.15 |
| 02/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $218.19 | $205,248.96 |
| 03/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $203.87 | $205,045.09 |

Page Subtotals: $365,030.09 $391,868.08

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-22722

Case Name: LEONID SHIFRIN

Taxpayer ID No: XX-XXX6214

For Period Ending: 04/27/2020

Trustee Name: HARVEY SENDER, TRUSTEE

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX4223

Checking Account

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/16 | 32 | BMO HARRIS BANK | SETTLEMENT | 1241-000 | $225,000.00 | | $430,045.09 |
| 04/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $248.55 | $429,796.54 |
| 05/06/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $441.62 | $429,354.92 |
| 06/06/16 | 35 | WINKLER, DOUGLAS M. | SETTLEMENT | 1241-000 | $24,000.00 | | $453,354.92 |
| 06/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $455.90 | $452,899.02 |
| 07/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $460.47 | $452,438.55 |
| 08/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $480.44 | $451,958.11 |
| 09/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $479.88 | $451,478.23 |
| 10/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $463.96 | $451,014.27 |
| 10/10/16 | 1016 | RUBIN BROWN LLP | ORDER DATED 10/5/16 FEES | 3410-000 | | $133,903.50 | $317,110.77 |
| 10/20/16 | 33 | CHASE, JP MORGAN | SETTLEMENT PAYMENT | 1241-000 | $35,000.00 | | $352,110.77 |
| 11/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $427.90 | $351,682.87 |
| 11/28/16 | 33 | JPMORGAN CHASE & CO. | SETTLEMENT PAYMENT | 1241-000 | $72,979.52 | | $424,662.39 |
| 12/01/16 | 1017 | LINDQUIST & VENNUM, P.L.L.P. 600 17TH STREETSUITE 1800 SOUTHDENVER, CO  80202 | ORDER DATED 11/4/2016 FEES | 3210-000 | | $300,000.00 | $124,662.39 |
| 12/05/16 | 33 | JP MORGAN CHASE BANK, N.A. | SETTLEMENT PAYMENT | 1241-000 | $46,122.44 | | $170,784.83 |
| 12/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $366.40 | $170,418.43 |
| 12/13/16 | 33 | CHASE, JP MORGAN | SETTLEMENT PAYMENT | 1241-000 | $898.04 | | $171,316.47 |

Page Subtotals: $404,000.00 $437,728.62

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-22722

Case Name: LEONID SHIFRIN

Taxpayer ID No: XX-XXX6214

For Period Ending: 04/27/2020

Trustee Name: HARVEY SENDER, TRUSTEE

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX4223

Checking Account

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/17 | 1018 | SENDER WASSERMAN WADSWORTH PC 1660 LINCOLN STREET, STE 2200 DENVER, CO 80264 | BOND | 2300-000 | | $69.04 | $171,247.43 |
| 01/09/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $214.75 | $171,032.68 |
| 02/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $181.68 | $170,851.00 |
| 03/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $163.87 | $170,687.13 |
| 04/06/17 | 34 | MANHEIM, INC. | SETTLEMENT | 1241-000 | $55,000.00 | | $225,687.13 |
| 04/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $181.24 | $225,505.89 |
| 05/05/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $220.42 | $225,285.47 |
| 05/17/17 | 38 | CAPITAL ONE SERVICES, LLC | SETTLEMENT | 1241-000 | $7,000.00 | | $232,285.47 |
| 06/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $242.56 | $232,042.91 |
| 07/10/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $238.45 | $231,804.46 |
| 08/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $246.17 | $231,558.29 |
| 09/08/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $245.88 | $231,312.41 |
| 10/06/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $237.71 | $231,074.70 |
| 11/02/17 | 1019 | LINDQUIST & VENNUM 600 17TH STREET SUITE 1800 SOUTH DENVER, CO 80202 | FEES ORDER DATED 11/4/2016 | 3210-000 | | $150,000.00 | $81,074.70 |
| 11/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $245.36 | $80,829.34 |

Page Subtotals: $62,000.00  $152,487.13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-22722

Case Name: LEONID SHIFRIN

Taxpayer ID No: XX-XXX6214

For Period Ending: 04/27/2020

Trustee Name: HARVEY SENDER, TRUSTEE

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX4223

Checking Account

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/17 | 1020 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras St. New Orleans, LA 70139 | Bond #016027974 | 2300-000 | | $25.27 | $80,804.07 |
| 12/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.37 | $80,710.70 |
| 01/08/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.71 | $80,624.99 |
| 02/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.62 | $80,539.37 |
| 03/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.25 | $80,462.12 |
| 04/06/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.44 | $80,376.68 |
| 05/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.59 | $80,294.09 |
| 06/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.26 | $80,208.83 |
| 07/09/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.42 | $80,126.41 |
| 07/19/18 | 1021 | KAPLAN & ASSOCIATES, PC 5500 Greenwood Plaza Blvd. Suite 100 Greenwood Village, CO 80111 | ORDER DATED 7/19/2018 | | | $6,371.50 | $73,754.91 |
| | | KAPLAN & ASSOCIATES, PC | FEES                    ($6,322.50) | 3410-000 | | | |
| | | KAPLAN & ASSOCIATES, PC | EXPENSES                  ($49.00) | 3420-000 | | | |
| 08/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.09 | $73,669.82 |

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

Page Subtotals:  $0.00  $7,159.52

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-22722

Case Name: LEONID SHIFRIN

Taxpayer ID No: XX-XXX6214

For Period Ending: 04/27/2020

Trustee Name: HARVEY SENDER, TRUSTEE

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX4223

Checking Account

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/10/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.32 | $73,590.50 |
| 10/05/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.63 | $73,514.87 |
| 11/02/18 | 37 | Ballard Spahr LLP | Settlement Payment | 1241-000 | $1,000.00 | | $74,514.87 |
| 11/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.06 | $74,436.81 |
| 12/07/18 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.36 | $74,360.45 |
| 01/08/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.96 | $74,281.49 |
| 01/09/19 | 1022 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $23.04 | $74,258.45 |
| 01/29/19 | 1023 | WILLIAM BIANCO DAVIS GRAHAM & STUBBS LLP 1550 17TH STREET, SUITE 500 DENVER, CO 80202 | ORDER DATED 01/28/2019 | 2990-000 | | $3,210.00 | $71,048.45 |
| 02/07/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.88 | $70,969.57 |
| 03/07/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.17 | $70,900.40 |
| 04/05/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.29 | $70,825.11 |
| 05/07/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.78 | $70,752.33 |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

Page Subtotals: $1,000.00 $3,917.49

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-22722

Case Name: LEONID SHIFRIN

Taxpayer ID No: XX-XXX6214

For Period Ending: 04/27/2020

Trustee Name: HARVEY SENDER, TRUSTEE

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX4223

Checking Account

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.13 | $70,677.20 |
| 07/08/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.63 | $70,604.57 |
| 08/07/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.97 | $70,529.60 |
| 09/09/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.89 | $70,454.71 |
| 10/07/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.41 | $70,382.30 |
| 11/07/19 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.74 | $70,307.56 |
| 11/13/19 | | Transfer to Acct # xxxxxx0064 | Transfer of Funds | 9999-000 | | $70,307.56 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,368,009.38 | $1,368,009.38 |
| Less: Bank Transfers/CD's | $0.00 | $70,307.56 |
| Subtotal | $1,368,009.38 | $1,297,701.82 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,368,009.38 | $1,297,701.82 |

Page Subtotals: $0.00 $70,752.33

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-22722

Case Name: LEONID SHIFRIN

Taxpayer ID No: XX-XXX6214

For Period Ending: 04/27/2020

Trustee Name: HARVEY SENDER, TRUSTEE

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0064

Checking

Blanket Bond (per case limit): $59,566,052.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/13/19 | | Transfer from Acct # xxxxxx4223 | Transfer of Funds | 9999-000 | $70,307.56 | | $70,307.56 |
| 12/16/19 | 2001 | HARVEY SENDER 600 17TH ST. STE. 2800S, DENVER, CO 80202 | Distribution | | | $64,474.00 | $5,833.56 |
| | | HARVEY SENDER | Final distribution creditor account # representing a payment of 100.00 % per court order. ($64,290.28) | 2100-000 | | | |
| | | HARVEY SENDER | Final distribution creditor account # representing a payment of 100.00 % per court order. ($183.72) | 2200-000 | | | |
| 12/16/19 | 2002 | STATE OF COLORADO ANDREW MCCALLIN, 1ST ASST ATTY GENERAL 1300 BROADWAY,7TH FLOOR DENVER, CO 80203 | (19-1) JUDGMENT FOR VIOLATIONS OF | 5800-000 | | $3,816.48 | $2,017.08 |
| 12/16/19 | 2003 | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101 | Final distribution to claim 22 creditor account # representing a payment of 0.14 % per court order. | 5800-000 | | $2,017.08 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $70,307.56 | $70,307.56 |
| Less: Bank Transfers/CD's | $70,307.56 | $0.00 |
| Subtotal | $0.00 | $70,307.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $70,307.56 |

UST Form 101-7-TDR (10/1/2010) *(Page: 27)*

Page Subtotals:                                    $70,307.56        $70,307.56

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0064 - Checking | $0.00 | $70,307.56 | $0.00 |
| XXXXXX4223 - Checking Account | $1,368,009.38 | $1,297,701.82 | $0.00 |
| | $1,368,009.38 | $1,368,009.38 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,368,009.38 |
| Total Gross Receipts: | $1,368,009.38 |

Page Subtotals:                     $0.00          $0.00